## (September 11, 1962)

■ GEORGE JENKINS v. HEARST CORPORATION.— Motion for consolidation granted insofar as to allow appellant to have the appeals heard in one appeal book, without duplication of printing, and upon one set of appellant's points covering the three actions. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ In the Matter of the Arbitration between AL SPILBERG, as President, and KETCHUM & Co., INC.— Motion for a stay granted on the terms and conditions contained in the order to show cause, dated August 15, 1962. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ In the Matter of JOSEPH LEWIS et al. v. LOUIS J. LEFKOWITZ, as Attorney-General.— Motion for leave to file a brief as *amicus curiæ* granted only insofar as to permit movant to file such brief on or before September 14, 1962, with leave to appellants to serve an answering brief on or before September 26, 1962. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH GALLO. (B) THE PEOPLE OF THE STATE OF NEW YORK v. NATHAN GOLDSTEIN.— [In each action] Enlargement of time granted. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

## (September 13, 1962)

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES McKAY, (B) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM LEE EVANS.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ In the Matter of the Estate of ADA B. STORM, Deceased.— Motions for an enlargement of time granted insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including September 14, 1962, with notice of argument for the October 1962 Term of this court, said appeals to be argued or submitted when reached, and on the further condition that all trust securities and other property mentioned in the accounts, as well as trust records, be turned over to the substituted trustee pending the determination of the appeals. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ ESTELVINA FROMETA, as Administratrix, v. B. E. P. HOLDING CORP. et al. — Motion for an enlargement of time granted insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including October 11, 1962, with notice of argument for October 23, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ In the Matter of the Arbitration between ISBRANDTSEN COMPANY, INC., and DISTRICT 2, MARINE ENGINEERS' BENEFICIAL ASSOCIATION, AFL–CIO.— Motion for a stay denied. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.